# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Ben H. Thompson     v.     David J. Shulkin, M.D.

No. 17-2003

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for:    Ben H. Thompson
                                 Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant

☒ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | Douglas J. Rosinski |
| Law Firm: | Douglas J. Rosinski, Esq., Inc. |
| Address: | 701 Gervais, St., Ste 150-405 |
| City, State and Zip: | Columbia, SC 29201 |
| Telephone: | 803.265.9555 |
| Fax #: | 888.492.3636 |
| E-mail address: | djr@djrosinski.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):   Feb. 15, 2000

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):   ☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  May 12, 2017          Signature of pro se or counsel  /s/ Douglas J Rosinski

cc: _____

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  May 12, 2017
by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by E-mail or CM/ECF)

| Douglas J. Rosinski | /s/ Douglas J Rosinski |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Douglas J. Rosinski, Esq., Inc. |
| Address | 701 Gervais Street, Suite 150-405 |
| City, State, Zip | Columbia, SC 29201 |
| Telephone Number | 803.256.9555 |
| Fax Number | 888.492.3636 |
| E-Mail Address | djr@djrosinski.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields